# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NORMAN PETE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-240** |
| **TRAVIS DAY, WARDEN** | **SECTION "E" (4)** |

## ORDER

CONSIDERING THE FOREGOING Motion to Enroll as Counsel (ECF No. 7),

IT IS ORDERED that the motion is **DENIED** as unnecessary because counsel Brad M. Scott has already appeared before the Court by filing the Response on behalf of Respondent, Waden Travis Day and is already listed as counsel of record.

New Orleans, Louisiana, this 3rd day of May, 2022.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE