# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NORMAN PETE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-240** |
| **TRAVIS DAY, WARDEN** | **SECTION "E"(4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the United States Magistrate Judge's Report and Recommendation, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that Norman Pete's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction and failure to establish authorization to proceed with a second or successive petition.

**New Orleans, Louisiana, this 7th day of October, 2022.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**